**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7724**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUIS BONILLA,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:95-cr-00522-LMB-2)

Submitted: December 17, 2009          Decided: December 30, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luis Bonilla, Appellant Pro Se. Bernard James Apperson, III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Bonilla appeals the district court's order denying his motion captioned "Counter Claims by Luis Bonilla Real Party Motion Filed Under All Writ Act of 28 U.S.C. § 1651." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bonilla, No. 1:95-cr-00522-LMB-2 (E.D. Va. filed Aug. 24, 2009; entered Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED